UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ARZOU HAMI,

    Petitioner,

    v.                                                                                       25-CV-585-LJV
                                                                                                  ORDER
JOSEPH FREDEN et al.,

    Respondents.

---

    The petitioner, Arzou Hami, is a civil immigration detainee currently held at the Niagara County Jail.  She claims that the federal government arrested and detained her without the legal authority to do so and in violation of her due process rights.  Docket Item 1.  She seeks relief under 28 U.S.C. § 2241.  Docket Item 1.

## ORDER

    IT IS HEREBY ORDERED that the respondents shall file and serve an **answer** responding to the allegations in the petition **on or before July 16, 2025**; and it is further

    ORDERED that **on or before July 16, 2025,** the respondents shall file and serve, in addition to the answer, a **memorandum of law** addressing each of the issues raised in the petition and including citations to supporting authority and applicable sections of the Immigration and Nationality Act; and it is further

    ORDERED that **on or before July 16, 2025**, instead of the answer, the respondents may file a **motion to dismiss** the petition, accompanied by appropriate exhibits, demonstrating that an answer to the petition is unnecessary; and it is further

ORDERED that the petitioner shall file a written reply **on or before July 21, 2025**; and it is further

ORDERED that pending this Court's consideration of the petition, the respondents **are hereby restrained** from removing the petitioner outside of the jurisdiction of the United States District Court for the Western District of New York; and it is further

ORDERED that the Clerk of the Court shall serve a copy of the petition and its exhibits, together with a copy of this order, electronically via a notice of electronic filing to the United States Attorney's Office, Western District of New York, at USANYW-Immigration-Habeas@usdoj.gov.

**THE PETITIONER MUST FORWARD A COPY OF ALL FUTURE PAPERS AND CORRESPONDENCE TO THE ATTORNEY APPEARING FOR THE RESPONDENTS.**

SO ORDERED.

Dated:   July 9, 2025
         Buffalo, New York

  /s/ Lawrence J. Vilardo
  LAWRENCE J. VILARDO
  UNITED STATES DISTRICT JUDGE